BRESKEY, Respondent, v. PRODIE, Appellant. (Supreme Court, Appellate Division, Second Department. January 9, 1903.) Action by Morris Breskey against William Prodie. PER CURIAM. Judgment of the Municipal Court affirmed, with costs.

GOODRICH, P. J., and BARTLETT, HIRSCHBERG, and JENKS, JJ., concur. WOODWARD, J., dissents.